```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  03/24/2016
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NATIONAL CASUALTY COMPANY,

                    Petitioner,           15 **CIVIL** 9440 (DLC)

      -against-                          **JUDGMENT**

RESOLUTE REINSURANCE COMPANY,
                    Respondent.
------------------------------------------------------------X

      National Casualty Company ("NCC") having moved to confirm an arbitration award it won against Resolute Reinsurance Company ("Resolute"), and the matter having been brought before the Honorable Denise L. Cote, United States District Judge, and the Court, on March 24, 2016, having issued its Opinion and Order granting NCC's Petition to confirm the August 11, 2015 arbitration award; and directing the Clerk of Court to enter judgment for NCC and close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2016, NCC's Petition to confirm the August 11, 2015 arbitration award is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          March 24, 2016

                                          **RUBY J. KRAJICK**
                                          _____
                                              **Clerk of Court**
                     **BY:**    K. Mango
                                          _____
                                              **Deputy Clerk**